AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

**SOUTHERN** _____ **DISTRICT OF** _____ **NEW YORK** _____

Susan L. Vasbinder

## SUMMONS IN A CIVIL CASE

**V.**

Novartis Pharmaceuticals Corporation and
Merck & Co., Inc.

CASE NUMBER:

'08 CIV 4101

TO: (Name and address of defendant)

Novartis Pharmaceuticals Corporation          Merck & Company
One Health Plaza                              One Merck Drive
East Hanover, New Jersey  07936-1080          Whitehouse Station, NJ 08889

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Beatie and Osborn LLP
521 Fifth Avenue, 34th Floor
New York, New York  10175

an answer to the complaint which is herewith served upon you, within _____ twenty _____ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**J. MICHAEL McMAHON**                                    MAY 0 1 2008

CLERK                                                    DATE

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action    **RETURN OF SERVICE**

SERVICE OF:      **SUMMONS IN A CIVIL CASE, COMPLAINT**
EFFECTED (1) BY ME:  **JOSE ALARCON**
TITLE:        **PROCESS SERVER**                DATE: **05/09/2008  03:11PM**

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[ ] Served personally upon the defendant:

MERCK & CO. _____

Place where served:

ONE MERCK DR.  WHITE HOUSE STATION NJ 08889 _____

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

JOAN DEARBORN _____

Relationship to defendant: MANAGING AGENT _____

Description of person accepting service:

SEX: F___ AGE: 51-65___ HEIGHT: 5'4"-5'8"___ WEIGHT: 131-160 LBS._____ SKIN: WHITE____ HAIR: BLACK____ OTHER: _____

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL $ _____.___        SERVICES $ _____.___        TOTAL $ _____.___

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 05 / 09 / 20 08          _____ L.S.
                    SIGNATURE OF JOSE ALARCON
                  GUARANTEED SUBPOENA SERVICE, INC.
                      2009 MORRIS AVENUE
                      UNION, NJ 07083

05-09-08

*J Srvelez*

**JANIRA SANTIAGO VELEZ**
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires April 24, 2012

ATTORNEY:    RUSSEL H. BEATIE, ESQ.
PLAINTIFF:    SUSAN L. VASBINDER
DEFENDANT:  NOVARTIS PHARMACEUTICALS CORP. ET AL
VENUE:      DISTRICT OF NY
DOCKET:      08 CV 4101

*T Z*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.