**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

SUSAN L. VASBINDER,

                Plaintiff,

    v.

NOVARTIS PHARMACEUTICALS
CORPORATION and MERCK & CO., INC.,

                Defendants.

Civil Action No.:  1:08-cv-04101

**DEFENDANT'S DISCLOSURE**
**STATEMENT**

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, counsel for Defendant, Novartis Pharmaceuticals Corporation ("NPC"), hereby discloses and certifies that, to the best of my knowledge and belief, the following is a complete list of NPC's parent corporations and publicly held companies that own 10% or more of NPC's stock:

1.      Parent Companies:

      (a)  Novartis Finance Corporation, a New York corporation;

      (b)  Novartis Corporation, a New York corporation;

      (c)  Novartis Holding, AG, a Swiss company; and

      (d)  Novartis AG, a Swiss company, whose American Depository Shares are publicly traded on the New York Stock Exchange.

2.      Publicly held companies owning more than 10% of NPC stock:

      (a)  Novartis AG indirectly owns a 100% interest in NPC.

Dated:  May 27, 2008                                    Respectfully submitted,


                                                        s/ Diane E. Lifton
                                                        Diane E. Lifton (DL-9673)
                                                        DLifton@gibbonslaw.com
                                                        Ethan D. Stein (ES-7130)
                                                        EStein@gibbonslaw.com
                                                        GIBBONS P.C.
                                                        One Pennsylvania Plaza, 37th Floor
                                                        New York, NY 10119-3701
                                                        Phone: 212-613-2000
                                                        Fax: 212-333-5980
                                                        *Counsel for Defendant Novartis
                                                        Pharmaceuticals Corporation*

                                                        *Of counsel:*
                                                        Joe G. Hollingsworth
                                                        Katharine R. Latimer
                                                        Robert E. Johnston
                                                        SPRIGGS & HOLLINGSWORTH
                                                        1350 I Street, NW, Ninth Floor
                                                        Washington, D.C.  20005
                                                        Phone:  (202) 898-5800
                                                        Fax:  (202) 682-1639

23

## **<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on May 27, 2008, the Defendant's Disclosure Statement was filed

with the Clerk of the Court and served in accordance with the Southern District's Rules on

Electronic Service upon the following parties and participants:

> Daniel A. Osborn, Esq.
> Russel H. Beatie, Esq.
> Philip J. Miller, Esq.
> Beatie and Osborn LLP
> 521 Fifth Avenue, 34th Floor
> New York, NY  10175

I further certify that on May 27, 2008, I served a true and correct copy of the foregoing

Defendant's Disclosure Statement by United States Mail, postage prepaid, on:

> The Powell Law Firm, L.C.                    The Offices of Jeffrey C. Bogert
> 269 South Beverly Drive                       501 Colorado Boulevard
> Suite 1156                                            Suite 208
> Beverly Hills, CA  90212                       Santa Monica, CA  90401

> s/ Diane E. Lifton
> Diane E. Lifton