Norman C. Kleinberg
Theodore V. H. Mayer
William J. Beausoleil
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004-1482
(212) 837-6000

Paul F. Strain
M. King Hill, III
David J. Heubeck
VENABLE LLP
Two Hopkins Plaza, Suite 1800
Baltimore, Maryland 21201
(410) 244-7400

*Attorneys for Defendant Merck & Co., Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------x
IN RE:                                             :
Fosamax Products Liability Litigation              :          1:06-md-1789 (JFK)
                                                   :
----------------------------------------------------x
*This Document Relates to:*                        :          __NOTICE OF APPEARANCE__
Susan L. Vasbinder                                 :
v. Novartis Pharmaceuticals Corp. and              :
Merck & Co., Inc.                                  :
                                                   :
Case No: 1:08-cv-4101-JFK                           :
----------------------------------------------------x

      PLEASE TAKE NOTICE that Paul F. Strain hereby enters his appearance as counsel of

record in the above referenced causes of action.  All inquiries, pleadings and court documents

should be filed and served upon the undersigned.

Dated: May 29, 2008
     New York, New York            Respectfully submitted,


By: _____/s/_____
   Paul F. Strain


   Venable LLP
   Two Hopkins Plaza
   1800 Mercantile Bank & Trust Bldg
   Baltimore, MD 21201
   (410)-244-7717
   Fax: (410)-244-7742
   Email: pfstrain@venable.com

## <u>CERTIFICATE OF SERVICE</u>

   I hereby certify that on May 29, 2008, the foregoing NOTICE OF APPEARANCE was filed electronically and served electronically, pursuant to the Court's Case Management Order, via the Court's CM/ECF system.

_____/s/_____

Paul F. Strain

Venable LLP
Two Hopkins Plaza
1800 Mercantile Bank & Trust Bldg
Baltimore, MD 21201
(410)-244-7717
Fax: (410)-244-7742
Email: pfstrain@venable.com