

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: AREDIA AND ZOMETA PRODUCTS

(SEE ATTACHED SCHEDULE)

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY 1 5 2008

FILED
CLERK'S OFFICE

MDL No. 1760

**CONDITIONAL TRANSFER ORDER (CTO-68)
AND SIMULTANEOUS SEPARATION AND REMAND OF CERTAIN CLAIMS**

On April 18, 2006, the Panel transferred 27 civil actions to the United States District Court for the Middle District of Tennessee for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See 429 F.Supp.2d 1371 (J.P.M.L. 2006). Since that time, 343 additional actions have been transferred to the Middle District of Tennessee. With the consent of that court, all such actions have been assigned to the Honorable Todd J. Campbell.

It appears that the actions on this conditional transfer order comprise claims relating to: (1) the prescription drugs Aredia and/or Zometa; and (2) the prescription drug Fosamax. These actions are already included in MDL No. 1789 previously centralized in the Southern District of New York before the Honorable John F. Keenan. The Aredia/Zometa claims, however, appear to share questions of fact with actions in MDL No. 1760 previously centralized in the Middle District of Tennessee.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Middle District of Tennessee for the reasons stated in the order of April 18, 2006, and, with the consent of that court, assigned to the Honorable Todd J. Campbell.

The claims in these actions relating to Fosamax are hereby separated and simultaneously remanded, under 28 U.S.C. § 1407(a), to the Southern District of New York for continued inclusion in the centralized pretrial proceedings in MDL No. 1789.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Middle District of Tennessee. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

A CERTIFIED TRUE COPY

ATTEST AND CERTIFY
A TRUE COPY
Clerk
U.S. District Court
Middle District of Tennessee
By: Deputy Clerk

- IN RE: AREDIA AND ZOMETA PRODUCTS
  LIABILITY LITIGATION

MDL No. 1760

## SCHEDULE CTO-68 - TAG-ALONG ACTIONS

**DIST. DIV. C.A. #**       **CASE CAPTION**                                                              MDTN No.

NEW YORK SOUTHERN
NYS  1  08-4084       Lloyd Daniel Amerson v. Novartis Pharmaceuticals Corp., et al.   3:08-cv-0573
NYS  1  08-4091       Ann Hart v. Novartis Pharmaceuticals Corp., et al.               3:08-cv-0574
NYS  1  08-4097       Diane Plasschaert v. Merck & Co., Inc., et al.                   3:08-cv-0575
~~NYS  1  08-4100~~   ~~Carol J. Strong v. Novartis Pharmaceuticals Corp., et al.~~
                      Vacated 5/23/08
NYS  1  08-4101       Susan L. Vasbinder v. Novartis Pharmaceuticals Corp., et al.     3:08-cv-0576

| | | |
|---|---|---|
| Ann G Frantz/TNMD/06/USCOURTS<br>06/09/2008 11:35 AM | To<br>cc<br>bcc<br>Subject | NYSDdb_ECF POC@USCOURTS, HelpDesk@nysd.uscourts.gov<br>Dorothy Guranich/NYSD/02/USCOURTS@USCOURTS<br><br>Transfer of Cases; MDL 1760 (CTO 68) (SDNY Case Nos. 1:08-cv-4084; 1:08-cv-4091; 1:08-cv-4097; 1:08-cv-4101) |

Clerk of Court
United States District Court
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

In Re:   MDL 1760 In Re Aredia and Zometa Products Liability Litigation
         Conditional Transfer Order 68

Dear Clerk of Court:

Attached is a certified copy of CTO 68 from the Judicial Panel on Multidistrict Litigation transferring your cases to the Middle District of Tennessee. The new case numbers are listed on the order.

***Please transmit your records via the ECF District Transfer method to Tennessee Middle.***

If this is not possible, please forward the case files and docket sheets, preferably as PDF documents attached to an email addressed to: ann_g_frantz@tnmd.uscourts.gov.

MDL 1760 CTO 68-CERTIFIED.pdf

Ann Frantz
Operations Manager
United States District Court
Middle District of Tennessee
801 Broadway, Room 800
Nashville, TN 37203
Phone: (615) 736-2364
Fax: (615) 736-2229
www.tnmd.uscourts.gov